**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*,<br><br>Defendants. | Case No. 1:16-CV-928-JDB |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that the above-captioned action should be dismissed with prejudice and without costs to either party pursuant to a settlement agreement. The parties respectfully request that the Court retain jurisdiction for purposes resolving any dispute arising under the terms and conditions of the settlement.

Respectfully submitted,

/s/ Megan Cacace
Megan Cacace (D.C. Bar No. 981553)
Stephen M. Dane (D.C. Bar No. 982046)
Joseph J. Wardenski (D.C. Bar No. 995549)
RELMAN, DANE & COLFAX PLLC
1225 19th Street, NW, Suite 600
Washington, D.C. 20036
(202) 728-1888
(202) 728-0848 (fax)
mcacace@relmanlaw.com
sdane@relmanlaw.com
jwardenski@relmanlaw.com

Morgan Williams (admitted *pro hac vice*)
NATIONAL FAIR HOUSING ALLIANCE
1101 Vermont Avenue NW, Suite 710
Washington, D.C. 20005

/s/Abram J. Ellis
Abram J. Ellis, (D.C. Bar No. 359009)
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, D.C. 20001
Phone: (202) 636-5579
Facsimile: (202) 636-5502
aellis@stblaw.com

Andrew T. Frankel, *pro hac vice*
Jamie J. Fell, *pro hac vice*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Phone: (212) 455-2000
Facsimile: (212) 455-2502
afrankel@stblaw.com

(202) 898-1661  
mwilliams@nationalfairhousing.org

*Counsel for Plaintiff*

jamie.fell@stblaw.com

*Counsel for The Travelers Indemnity Company and Travelers Casualty Insurance Company of America*