UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL FAIR HOUSING ALLIANCE,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**TRAVELERS INDEMNITY COMPANY, et al.,**<br><br>    **Defendants.** | Civil Action No. 16-928 (JDB) |

**ORDER**

Upon consideration of [26] the parties' joint stipulation of dismissal, and the entire record herein, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the terms of the stipulation; it is further

**ORDERED** that the Court shall retain jurisdiction solely to enforce the terms of the stipulation, see Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994); and it is further

**ORDERED** that [24] the Court's October 12, 2018 Scheduling Order, including the scheduling conference currently set for Tuesday, April 24, 2018, is **VACATED**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  April 18, 2018